IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AARON MULVEY, et al. § | |
| § | |
| Plaintiffs, § | |
| § | No. 3:21-cv-0213-E-BN |
| V. § | |
| § | |
| VERTAFORE, INC., § | |
| § | |
| Defendant. § | |

## MEMORANDUM OPINION AND ORDER

This case has been referred to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference from Judge Ada Brown. *See* Dkt. No. 31.

Plaintiff Aaron Mulvey ("Mulvey") seeks leave to file a Third Amended Complaint to terminate all claims related to Mulvey's Florida cause of action. *See* Dkt. No. 42. Defendant Vertafore, Inc. ("Vertafore") does not oppose the amendment. And, Vertafore has filed an unopposed Motion for Extension of Time to Conduct Rule 26(f) Conference, File Joint Rule 26(f) Report, and for Defendant to Respond to the Second or Third Amended Complaint. For good cause shown the Court finds both Motions should be, and hereby are, GRANTED. Accordingly, IT IS THEREFORE ORDERED THAT

- The parties' deadline to conduct the Rule 26(f) Conference is extended up to and including May 20, 2022;

- The parties' deadline to conduct to file the Joint Rule 26(f) Report is extended up to and including May 25, 2022; and

- Defendant's deadline to move, plead, or otherwise respond to Plaintiffs' Third Amended Complaint is extended up to and including June 2, 2022.

SO ORDERED.

DATED: May 6, 2022

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE