# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| AARON MULVEY,<br>*individually, and on behalf of himself and all others similarly situated individuals*, | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:21-CV-00213-E-BN |
| v. | § § | |
| VERTAFORE INC., | § § | |
| Defendant. | § § | |

## JUDGMENT

This action came for consideration by the Court. Having accepting the United States Magistrate Judge's findings, conclusions, and recommendation, it is ORDERED, ADJUDGED, and DECREED that, in accordance with Federal Rule of Civil Procedure 12(b)(6), Plaintiff's claims are DISMISSED with prejudice. The Clerk of Court shall serve this judgment and the order accepting the magistrate judge's findings, conclusions, and recommendation on the Parties. All relief not granted herein is DENIED.

**SO ORDERED.**

7th day of February, 2023.

*[signature]*
ADA BROWN
UNITED STATES DISTRICT JUDGE